UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MITCH TAEBEL,<br><br>           Plaintiff,<br><br>           v.<br><br>AARON HARDER,<br><br>           Defendant. | CAUSE NO.: 3:18-CV-268-JD-MGG |

ORDER

Mitch Taebel, a prisoner without a lawyer, initiated this case in this district indicating that he "will proceed by habeas corpus or common citizen complaint, whichever serves relief of immediate release and/or prosecution." (ECF 1 at 2.) Taebel claims he is being unlawfully held on a case currently pending in Arizona. *See* http://www.superiorcourt.maricopa.gov/docket/CriminalCourtCases/caseInfo.asp?caseNumber=CR2018-104389. It is unclear why he filed this case in Indiana when he is incarcerated in Phoenix, Arizona, and complains of an unlawful detention stemming from an arrest in Phoenix. What is clear is that pursuant to 28 U.S.C. § 1406(a), when a case is filed in the wrong federal court, the court may "if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." Though it is unclear what, if any, relief may be available to Taebel, it is clear that his case should have been filed in the United States District Court for the District of Arizona. *See* 28 U.S.C. § 2241(d).

For these reasons, this case is TRANSFERRED to the United States District Court for the District of Arizona.

SO ORDERED on April 17, 2018.

        /s/ JON E. DEGUILIO
JUDGE
UNITED STATES DISTRICT COURT